Date signed January 17, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: <br><br> **AmeriDebt, Inc.,** <br><br> **Debtor.** | **Case No. 04-23649PM** <br> **Chapter 11** |
|---|---|
| **Mark D. Taylor, Chapter 11 Trustee,** <br>                **Plaintiff,** <br> **v.** <br><br> **Fairstream, Inc. and Andrew Greer Smith,** <br>                **Defendants.** | **AP No. 06-01450PM** |

### MEMORANDUM TO CHAPTER 11 TRUSTEE

     Upon consideration of the Motion of the Chapter 11 Trustee Pursuant to Bankruptcy Rule 9019 for an Order Approving Settlement with Fairstream, Inc., the court requests that the Chapter 11 Trustee file with the court an explanation of the reasons for settlement of the claim.

cc:    Mark D. Taylor
        1050 Connecticut Ave., N.W.
        Washington, DC 20036

        Laura J. Margulies, Esq.
        6205 Executive Blvd.
        Rockville, MD 20852

### END OF MEMORANDUM